# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDYS A. MARTINEZ A/K/A FREDDY A. MARTINEZ,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 69277

**FILED**

JAN 12 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported decision denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on November 20, 2015.[1] Because appellant failed to designate an appealable order, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____ J.
Saitta

_____, J.
Pickering

---

[1]The documents before this court do not indicate that a postconviction petition for a writ of habeas corpus has been filed in district court case number C226586, the case number designated in the notice of appeal. In light of this order, the pro se motions filed on December 22, 2015, are denied as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

16-00897

cc: Hon. Kathleen E. Delaney, District Judge
Fredys A. Martinez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk